UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 1:18-cr-00189-LEW |
| ) | |
| TIMOTHY LEVESQUE,   ) | |
| ) | |
| Defendant.   ) | |

## **ORDER**

This matter stands before the court on Defendant Timothy Levesque's request that his probation be terminated early due to good behavior. *See* ECF No. 76. On October 7, 2019, I sentenced Mr. Levesque to twelve months and one day of imprisonment, followed by a two-year term of supervised release, on one count of being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A sentencing court may, upon consideration of the general sentencing factors contained in 18 U.S.C. § 3553, "terminate a term of supervised release and discharge the defendant," so long as the defendant has served at least one year of supervised release and early termination "is warranted by the conduct of the defendant released and the interests of justice." 18 U.S.C. § 3583(e)(1). Here, Mr. Levesque appears dutifully to have abided by the terms of his probation in nearly all respects. He has held down a full-time job, has attended counseling and recovery meetings, and has had no documented run-ins with the law. Mr. Levesque's recent positive test for marijuana is, technically, a violation of his probation insofar as marijuana remains illegal under federal law. But given that federal and

state law provide citizens with competing directives as to marijuana's legality, Mr. Levesque's unfortunate decision to use marijuana during his probation is not enough to tip the scales against early termination, especially in light of his continued abstention from using any of the other illegal substances that he abused in the past. Thus, weighing Mr. Levesque's conduct alongside the interest of justice and the sentencing factors contained in § 3553, I conclude that the most just outcome is to terminate his term of supervised release.

      Mr. Levesque's request that his probation be terminated early is hereby GRANTED.

**SO ORDERED.**

**Dated this 29th day of March, 2022.**

                                              /s/ Lance E. Walker
                                          UNITED STATES DISTRICT JUDGE